REDACTED



-FILED-

JAN 22 2020

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF INDIANA
### FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | |
| v. | ) | Cause No.  1:20-CR- 6 |
| | ) | Violations:  18 U.S.C. § 922(g)(1) |
| TRAVIS P. GRADY | ) | 26 U.S.C. §§ 5841 and 5861(d) |

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about October 31, 2019, in the Northern District of Indiana,

## TRAVIS P. GRADY,

defendant herein, knowing he had previously been convicted of a crime

punishable by imprisonment for a term exceeding one year, that is to say:

> On or about October 14, 1998, TRAVIS P. GRADY was sentenced on his conviction in the Noble County Circuit Court, State of Indiana, cause number 57C01-9712-CF-000128, for Burglary, a class C felony; and

> On or about May 15, 2007, TRAVIS P. GRADY was sentenced on his conviction in the Noble County Superior Court, State of Indiana, cause number 57D01-0605-FD-000093, for Resisting Law Enforcement with Vehicle, a class D felony; and

> On or about July 30, 2007, TRAVIS P. GRADY was sentenced on his conviction in the LaGrange County Circuit Court, State of Indiana, cause number 44C01-0704-FD-00047, for Non Support of a Dependent Child, a class D felony;

knowingly possessed a firearm and the firearm was in and affecting commerce;

> All in violation of 18 U.S.C. § 922(g)(1).

1

## THE GRAND JURY FURTHER CHARGES:

### COUNT 2

On or about October 31, 2019, in the Northern District of Indiana,

## TRAVIS P. GRADY,

defendant herein, did knowingly and unlawfully possess a firearm, namely a Riverside Arms Company, Savage, 12-gauge which is a weapon made from a shotgun having a modified overall length of less than 26 inches and a barrel length of less than 18 inches as defined in 26 U.S.C. § 5845, not registered to him in the National Firearms Registration and Transfer Record;

All in violation of 26 U.S.C. §§ 5841, 5861(d) and 5871.

## FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of Count 1 of this Indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm and ammunition involved in the commission of the offense.

The allegations contained in Count 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 26 U.S.C. § 5872(a) and 28 U.S.C. § 2461(c).

Upon conviction of Count 2 of this Indictment, the defendant shall forfeit to the United States, pursuant to 26 U.S.C. § 5872(a) and 28 U.S.C. § 2461(c), the firearm involved in the commission of the offense.

A TRUE BILL

*/s/ Foreperson*
Foreperson

THOMAS L. KIRSCH II
UNITED STATES ATTORNEY

By:   */s/ Sarah E. Nokes*
Sarah E. Nokes
Assistant United States Attorney

3